# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 8/29/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Christopher Scott Smith | ) | Case No: | 4:92-CR-70-6BO |
| | ) | USM No: | 14331-056 |
| Date of Original Judgment: 09/27/1993 | ) | | |
| Date of Previous Amended Judgment: 12/03/1996 | ) | Thomas P. McNamara | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** 188 months on Counts 1 and 4
Counts 2 and 6 remain unchanged. Count 6 requires a 60-month consecutive sentence.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 27, 1993, and December 3, 1996 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8-29-12

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011