IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:92-CR-70-6-BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER SCOTT SMITH, )<br>_____ ) | ORDER |

This matter is before the Court on defendant's *pro se* motion for early termination of his supervised release. The motion [DE 204] is GRANTED.

Defendant was released from federal custody on September 4, 2012, and began a five-year term of supervised release. In support of his motion defendant states that he is employed and has been in compliance with the conditions of supervised release imposed upon him. Defendant further states that he has made many changes in his attitude and is planning to attend school part-time while continuing to work to support his family. Defendant's Probation Officer believes that defendant is a good candidate for early termination of supervised release and the government requests that this motion be granted. After considering the factors set forth in 18 U.S.C. § 3583(e)(1), the Court GRANTS defendant's request for early termination.

SO ORDERED, this __18__ day of November, 2016.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE